CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

August 28, 2024
LAURA A. AUSTIN , CLERK
BY:  s/ KELLY BROWN
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) **Case No. 7:24-CR-** 00022 |
| **v.** | ) |
| | ) **INFORMATION** |
| | ) |
| **VIRGINIA RHEA** | ) **In Violation of:** |
| **Defendant** | ) **18 U.S.C. § 641** |
| | ) |

The United States Attorney Charges:

**COUNT ONE**
(Theft of Government Money)

1.    Beginning on or about September 26, 2018, and continuing to on or about August
25, 2021, in the Western District of Virginia, the defendant, **VIRGINIA RHEA**, did willfully
and knowingly steal and convert to her own use, money of the Social Security Administration
("SSA"), a department or agency of the United States, namely Title II Retirement Insurance
benefit payments to which she knew she was not entitled, said benefits having a value in excess
of $1,000.

2.    In violation of Title 18, United States Code, Section 641.

Date: 8/14/24

John M Schiff  -for

Christopher R. Kavanaugh
United States Attorney